**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Leverne SILVER, Defendant-Appellant.**

**No. 17-6460**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2017

Decided: June 23, 2017

Leverne Silver, Appellant Pro Se. Eric David Goulian, OFFICE OF THE UNITED STATES ATTORNEY, Jennifer P. May-Parker, Assistant United States Attorney, Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leverne Silver filed a notice of appeal after the Federal Public Defender moved to withdraw from representation in Silver's 28 U.S.C. § 2255 (2012) proceeding. Our review of the district court's docket reveals that both Silver's § 2255 motion, and the Government's motion to dismiss, remain pending in the district court. Because there is no order from which Silver may appeal, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*